### THE PEOPLE vs. ANDREW OAKES.
### THE SAME vs. ANDREW OAKES, Coroner of Kings County.

On an appeal from the taxation of a bill of costs, the appellant must show *by affidavit* that the taxation was opposed and the items objected to in the bill were taxed by the officer under objection. It will not answer to state in the *notice of motion* on the appeal merely, the items objected to, and the grounds of objection.

*Motion by defendant for retaxation of costs.*—The defendant appealed from the taxation of a bill of costs in each cause, by J. W. Edmonds, circuit judge of the 1st circuit. Defendant's attorney set forth in his notice that he appealed from the taxation of the bills of costs in each cause (a bill of costs in each cause being annexed), by J. W. Edmonds, Esq., to this court, and went on in his notice and gave the items and grounds of objection; but did not produce any affidavit showing that any person appeared before the taxing officer, or that any items in the bill were objected to, or that the officer taxed the objectionable items specified in the notice.

P. CAGGER, *Defts Counsel.*      N. F. WARING, *Defts Atty.*

Mr. BOWDOIN, *Counsel for the people.*   WM. WHITNEY, *Atty for people.*

JEWETT, Justice.—Defendant's attorney seems to have omitted a material part of his case; he should show by affidavit that the taxation was opposed, and the items objected to were taxed under objection by the taxing officer.

Denied with costs, without prejudice.